HELENE M. MAIGILLE, FRANK W. BOYER, Assignee, Respondent, *v.* FRANK H. LEONARD, Appellant.

*Maigille* v. *Leonard,* 102 App. Div. 367, affirmed.
(Argued April 12, 1905; decided May 2, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1905, which affirmed an order of Special Term in supplementary proceedings, directing the defendant to pay over to the sheriff of Kings county a certain sum of money or in default thereof that he be committed to the county jail.

*R. W. Newhall* and *George W. Martin* for appellant.

*J. Stewart Ross* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.